(19)

DR-13

# Commonwealth of Massachusetts
# District Courts of Massachusetts

ESSEX, ss.

FIRST DISTRICT COURT OF ESSEX

65 Washington Street, Salem, MA

Citibank (South Dakota), N.A.   (Plaintiff)

V.

Rosemary Walker
AKA: Rosemary Walker DeCristof   (Defendant)

Civil Action No. _____ 654

0936 CV 0654

## SUMMONS
(Rule 4)

To defendant Rosemary Walker AKA: Rosemary Walker DeCristof of 25 Ober Street, Beverly, Ma 01915 - 4639:
(name) (address)

You are hereby summoned and required to serve upon Kenneth C. Wilson plaintiff('s attorney), whose address is P.O. Box 9127, Needham, MA 02492-9127, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS, Robert A. Cornetta, Presiding Justice, on April 21, 2009.
(date)

_Robert F. Vrena_ CLERK/MAGISTRATE

Note: (1) If more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

## RETURN OF SERVICE

On _____ (date of service) I served a copy of the within summons, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

**TRUE ATTEST COPY**

**DEPUTY SHERIFF**
5/6/0

_____ (signature)

_____ (name and title)

_____ (address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4 (f).
(2) Please place date you make service on defendant in the box on the copy served on the defendant, on the original returned to the court, and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and the date of mailing and the address to which the summons was sent. (G.L. c. 223, sec. 31).

3A6865

| STATEMENT OF DAMAGES<br>G.L. c. 218, § 19A (a) | TE FILED (to be added by Clerk) | DOCKET NO. (to be added by Cle..., | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|
| PLAINTIFF(S)<br>Citibank (South Dakota), N.A. | | DEFENDANT(S)<br>Rosemary Walker | |

| INSTRUCTIONS: THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN ALL DISTRICT COURT CIVIL ACTIONS SEEKING MONEY DAMAGES. | Salem District Court _____ DISTRICT COURT |
|---|---|

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|    1. Total hospital expenses: | $ |
|    2. Total doctor expenses: | $ |
|    3. Total chiropractic expenses: | $ |
|    4. Total physical therapy expenses: | $ |
|    5. Total other expenses (Describe): _____ | $ |
| SUBTOTAL: | $ |
| B. Documented lost wages and compensation to date: | $ |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $ |
| F. Other documented items of damage (Describe): _____ | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): | |
| For this form, disregard double or treble damage claims; indicate single damages only.    TOTAL: | $ |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s):<br>The Defendant(s) owe(s) the Plaintiff the sum of for the unpaid balance due for money loaned to the defendant by the plaintiff on a Credit Card Account | $<br>$<br>$ |
| For this form, disregard double or treble damage claims; indicate single damages only.    TOTAL: | $ 8,465.69 |

| ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF): | DEFENDANT'S NAME AND ADDRESS: |
|---|---|
| [signature]     4/17/09<br>Signature        Date | Rosemary Walker |
| Print or Type Name     B.B.O.#<br>LUSTIG, GLASER & WILSON, P.C. | 25 Ober Street<br><br>Beverly, MA 01915-4639 |
| Address<br>PO Box 9127<br>Needham, MA 02492-9127 | |

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                      Salem District Court
                                               CIVIL ACTION NO.

Citibank(South Dakota), N.A.
          PLAINTIFF,                           200936CV

VS.                                            COMPLAINT         654

Rosemary Walker, A.K.A. Rosemary Walker DeCristoforo
          DEFENDANT.

1. The Plaintiff, Citibank(South Dakota), N.A.
   is a duly organized corporation with its usual place of
   business at
   701 E. 60th Street North
   Sioux Falls, SD 57117 .

2. The Defendant(s), Rosemary Walker
   A.K.A. Rosemary Walker DeCristoforo ,
   is (are) an individual(s) presently residing at
   25 Ober Street
   Beverly, MA 01915-4639 .

3. The Defendant(s) owe(s) the Plaintiff the sum of     $8465.69
   for the unpaid balance due for money loaned to the defendant
   by the plaintiff on a Credit Card Account .

WHEREFORE, the plaintiff demands judgment against the
Defendant(s) in the sum of    $8465.69  plus interest thereon from
3/09/09, date of demand and the costs of this action.

9566A000004/22/09CIVIL        180.0

Plaintiff, by its attorney

9566A000004/22/09SURCHARGE    15.(

_t(_

Kenneth C. Wilson, BBO# 529910
Ronald E. Lustig, BBO# 308040
Dean A. Heinold, BBO# 636145
Richard Tirrell, BBO# 633839
LUSTIG, GLASER & WILSON, P.C.
PO Box 9127

DATE:  4/17/09          Needham, MA 02492-9127
FILE:  3A6865           (800) 743-8602
COMPLAIN-02

9566A000004/22/09WRITS        5.

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                               Salem District Court
                                        CIVIL ACTION NO.

Citibank(South Dakota), N.A.
           PLAINTIFF,

VS.                                     AFFIDAVIT PURSUANT TO
                                        M.G.L. CHAPTER 231, SECTION 13B

Rosemary Walker, A.K.A. Rosemary Walker DeCristoforo
           DEFENDANT.

    The undersigned states that he is a duly authorized officer, employee, agent, or attorney of the Plaintiff and is familiar with the books and records of the Plaintiff as they pertain to the account balance of the Defendant(s) and that the amount due the Plaintiff as set forth in the ad damnum of the Plaintiff's Complaint was calculated by totalling all charges and debits to the account and subtracting therefrom any credits believed to be due the defendant.

    Your affiant states that the foregoing information is accurate and complete to the best of his knowledge and belief this day under the pains and penalties of perjury.

AMOUNT DUE THE PLAINTIFF:      $8465.69

                                                             Kenneth C. Wilson, BBO# 529910
                                                             Ronald E. Lustig, BBO# 308040
                                                             Dean A. Heinold, BBO# 636145
                                                             Richard Tirrell, BBO# 633839
                                                             LUSTIG, GLASER & WILSON, P.C.
                                                             PO Box 9127
DATE:   4/17/09                          Needham, MA 02492-9127
FILE:   3A6865                            (800) 743-8602

COMPLAIN-03

Commonwealth of Massachusetts
Trial Court

Salem District Court
Department

UNIFORM COUNSEL CERTIFICATION FOR CIVIL CASES

CASE NAME: Citibank(South Dakota), N.A.
V. Rosemary Walker, A.K.A. Rosemary Walker DeCristoforo

DOCKET #: _____

I am attorney-of-record for: Citibank(South Dakota), N.A.

plaintiff in the above-entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: "...Attorneys shall provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil court sheet or its equivalent...," I hereby certify that I have complied with this requirement.

_____
Signature of Attorney-of-Record
Kenneth C. Wilson, BBO# 529910
Ronald E. Lustig, BBO# 308040
Dean A. Heinold, BBO# 636145
Richard Tirrell, BBO# 633839

Date: April 17, 2009

File: 3A6865

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                    SALEM DISTRICT COURT
                                             CIVIL ACTION NO.:

Citibank(South Dakota), N.A.
                Plaintiff

V.

Rosemary Walker
                Defendant(s)

CORPORATE DISCLOSURE STATEMENT ON
POSSIBLE JUDICIAL CONFLICT OF INTEREST

{Supreme Judicial Court Rule 1:21}

Pursuant to the provisions of Supreme Judicial Court Rule 1:21 the following disclosure is offered regarding the ownership of the Plaintiff:

Parent Corporation of Plaintiff: Citigroup, Inc..

Publicly Held Corporation(s) owning 10% or more of Plaintiff's Stock: None.

Plaintiff by its attorney,

Kenneth C. Wilson, BBO# 529910
Ronald E. Lustig, BBO# 308040
Dean A. Heinold, BBO# 636145
Richard Tirrell, BBO# 633839
LUSTIG, GLASER & WILSON, P.C.
PO Box 9127
Needham, MA 02492-9127
Tel. (800) 743-8602

Date Printed:  April 17, 2009
File: 3A6865